# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 29, 2006

132272 & (21)(22)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

OPTION ONE MORTGAGE CORPORATION,
      Plaintiff-Appellee,

v

                                   SC: 132272
                                   COA: 269401
                                   Wayne CC: 05-531412-AV

DELRICO R. SUTTON,
          Defendant-Appellant.

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the September 12, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for miscellaneous relief is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 29, 2006                            _____

t1218                                             Clerk